AO 121 (Rev. 08/10)

| To: | Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or  ☒ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:12-cv-00267-DN | DATE FILED<br>03/19/2012 | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**Otto Bock Healthcare LP** | | DEFENDANT<br>**Evolution Industries, Inc.** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 SEE COMPLAINT | SEE COMPLAINT | SEE COMPLAINT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Voluntarily Dismissed |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>Aaron Paskins | DATE<br>03/11/2013 |
|---|---|---|

DISTRIBUTION :  1) Upon initiation of action mail copy to Director   2) Upon filing of document adding patent(s), mail copy to Director   3) Upon termination of action, mail copy to Director